1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4
   WILLIAM C. MARTIN (ILBN 6272668)
5  Assistant United States Attorney

6    450 Golden Gate Avenue
     San Francisco, California 94102
7    Telephone: (415) 436-7220
     Facsimile: (415) 436-7234
8    Email: william.c.martin@usdoj.gov

9  Attorneys for Plaintiff

**E-Filing**

**FILED**

MAY 15 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 06-CR-00288-WHA-01 |
| Plaintiff, | ) | |
| v. | ) | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| TERRELL TEAGUE, | ) | |
| Defendant. | ) | |

To the Honorable William H. Alsup, United States Judge for the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner TERRELL TEAGUE.

//
//
//
//
//
//
//

Chambers Copy – Do Not E-File

1 | The prisoner is required as the defendant in this matter before this Court. His place of custody
2 | and jailor are set forth in the following writ.

4 | DATED: May 12, 2006                  Respectfully submitted,

5 |                                      KEVIN V. RYAN
6 |                                      United States Attorney

8 |                                      _____/s/_____
                                         WILLIAM C. MARTIN
                                         Assistant United States Attorney

11 | IT IS SO ORDERED.

13 | DATE:  5-15-06
14 |                                      _____
                                          HON. WILLIAM H. ALSUP
                                          United States District Court Judge

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

To Federico L. Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden or Sheriff of Sierra Conservation Center, 5100 O'Byrnes Ferry Rd., Jamestown, CA 95327

## GREETINGS

The prisoner TERRELL TEAGUE, is now in custody in the above-referenced institution. He is required to appear on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner in this Court forthwith. You shall bring him before the Magistrate Judge who is on duty when the prisoner is produced. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, he be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies under this writ.

WITNESS the Honorable William H. Alsup, United States Judge of the United States District Court for the Northern District of California.

DATED: May 15, 2006

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEPUTY CLERK