IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

TERRELL TEAGUE and
JACQUELINE BISHOP,

        Defendants.
                                /

No. CR 06-0288 WHA

**CASE MANAGEMENT AND PRETRIAL PREPARATION ORDER FOR CRIMINAL JURY TRIAL**

**GOOD CAUSE APPEARING**, it is hereby ordered that:

1. **Trial Date:**

    A. **Trial** is set for **DECEMBER 4, 2006,** AT **8:00 A.M.**, in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

    B. The trial is expected to last **SEVEN DAYS**.

2. **Discovery:** Both sides shall comply with Local Rule 16-1 (Criminal) and the Federal Rules of Criminal Procedure, and the United States shall comply with *Brady v. Maryland*, 373 U.S. 83 (1963), and *United States v. Agurs*, 427 U.S. 97 (1976).

3. **Motions**: Any pretrial motions (other than motions *in limine*) may be noticed for **2:00 P.M. ON OCTOBER 10, 2006**, in accordance with the schedule set at the hearing on July 31, 2006. Motions *in limine* may be noticed for the pretrial conference (or any earlier motion date). Discovery motions shall be accompanied by a declaration establishing a meet-and-confer conference on each and every issue raised.

1

4.  **Pretrial Conference:**

    A.  The pretrial conference is set for **NOVEMBER 20, 2006,** AT **2:00 P.M.**, in Courtroom 9.  It shall be attended by the attorneys who will try the case.

    B.  Please file the pretrial conference statement required by Local Rule 17.1-1(b) at least **FOUR CALENDAR DAYS** before the pretrial conference.

    C.  With the pretrial conference statement, counsel shall jointly submit one set of proposed jury instructions, ordered in a logical sequence, together with a table of contents, using the Ninth Circuit Manual where possible. If a stipulated instruction is not a model instruction, it should be supported by a citation.  For disputed instructions, each side shall submit its proposed version (or an explanation of why the instruction should not be given), along with citations with pin cites and parentheticals.  Please also include proposed verdict forms and proposed *voir dire*.

5.  **Change of Plea:**  Counsel shall give prompt notice to the United States Attorney and to the Court of any intention to change a previously-entered not-guilty plea.  An Application for Permission to Enter a Plea of Guilty must be completed.  Please call Dawn Toland at (415) 522-2020 to obtain a copy.

6.  **Exhibits:**  Each party is responsible for its exhibits.  Upon the conclusion of the trial, each party shall retain its exhibits.  Should an appeal be taken, it is each party's responsibility to make arrangements with the Clerk of the Court to file the record on appeal. Please provide the Court with a copy of any photographs and exhibits for use on the bench.

7.  **Chambers Copies:**  Each document filed or lodged with the Court must be accompanied by a chambers copy.  **Please** three-hole punch the chambers copy.  In addition, one copy of the witness and exhibit lists should be furnished to the court reporter.

8.  **Requests For Continuance of Trial:**  Once the trial date is set, if counsel seeks a continuance based on a conflict in trial dates or based upon a trial date in another case that

will interfere with effective preparation, then the movant must show by declaration that the *other* trial date was already of record when the trial date herein was set or, if not, that counsel brought the pendency of the trial date herein to the attention of the *other* judge setting the *other* trial date and requested a non-conflicting setting.

**IT IS SO ORDERED.**

Dated: July 31, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE