KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7063
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> TERRELL TEAGUE and <br> JACQUILINE BISHOP, <br>     Defendants. | No.  CR 06-00288 WHA <br><br> [PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM JULY 31, 2006 TO AUGUST 22, 2006 AND ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)) |

    With the agreement of the parties, and with the consent of the defendants, the Court enters this order scheduling a status conference and change of plea hearing on August 22, 2006 at 2:00 P.M. as well as documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from July 31, 2006 to August 22, 2006. The parties agree, and the Court finds and holds, as follows:

    1. The defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    2. Counsel for the defense believe that a continuance of this matter is in their clients' best interest.

    3. The Court finds that, taking into the account the public interest in the prompt

disposition of criminal cases, these grounds are good cause for a continuance. Given these circumstances, the Court finds that the ends of justice served by excluding the period from July 31, 2006 to August 22, 2006 outweigh the best interest of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

    4. Accordingly, and with the consent of the defendants, the Court (1) schedules a status conference and change of plea hearing on August 22, 2006 at 2:00 P.M. and (2) orders that the period from July 31, 2006 to August 22, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: August 14, 2006      /s/  Daniel P. Blank  
    Daniel P. Blank  
    Attorney for Defendant Bishop

DATED: August 11, 2006      /s/ Harris B. Taback  
    Harris B. Taback  
    Attorney for Defendant Teague

DATED: August 14, 2006      /s/ Blake D. Stamm  
    Blake D. Stamm  
    Assistant United States Attorney

IT IS SO ORDERED.

DATED: 8/15/06

    HON. WILLIAM ALSUP  
    United States District Court Judge