IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | No. CR 06-0288 WHA |
| v. | ) ) | [PROPOSED] ORDER FOR WEIGHING OF CONTROLLED |
| TERRELL TEAGUE and JACQUELINE BISHOP, | ) ) ) | SUBSTANCES |
| Defendants. | ) ) | |

Good cause appearing therefore, it is HEREBY ORDERED that the government make arrangements to be agreed upon by the parties to have the controlled substances in the above-captioned matter weighed in the presence of a representative of the defense or released to the defense for weighing at an appropriate laboratory.

IT IS SO ORDERED.

DATED: September 7, 2006

_____
WILLIAM H. ALSUP
United States District Judge