1 BARRY J. PORTMAN
Federal Public Defender
2 DANIEL P. BLANK
Assistant Federal Public Defender
3 450 Golden Gate Avenue
San Francisco, CA 94102
4 Telephone: (415) 436-7700

5 Counsel for Defendant BISHOP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 06-0288 WHA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER RESETTING SENTENCING |
| | ) | HEARING |
| JACQUELINE BISHOP, | ) | |
| | ) | |
| Defendant. | ) | |

1  Sentencing in the above-captioned matter is currently set for January 23, 2007, at 2:00 p.m.
2  That date was set in part to accommodate the trial schedule of undersigned counsel for Defendant
3  Jacqueline Bishop, due to a two-month homicide trial set before the Honorable Ronald M. Whyte in
4  San Jose. However, that trial has now been continued to January 22, 2007. As a result, counsel for
5  Ms. Bishop will no longer be able to attend the hearing set in San Francisco in January 23.
6  Accordingly, the parties stipulate and jointly request that the sentencing hearing be advanced to
7  January 18, 2007, at 2:00 p.m. Unless reset by separate order, this stipulation would not affect the
8  sentencing date of Ms. Bishop's co-defendant Terrell Teague.
9  IT IS SO STIPULATED.

KEVIN V. RYAN
United States Attorney

DATED: 10/17/06      /s/_____
BLAKE STAMM
Assistant United States Attorney

DATED: 10/17/06      /s/_____
DANIEL P. BLANK
Assistant Federal Public Defender
Attorney for Jacqueline Bishop

IT IS SO ORDERED.

DATED: October 19, 2006

_____
WILLIAM ALSUP
United States District Judge

STIP. & ~~PROP~~. ORDER      - 1 -