IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL TEAGUE, | No. CR06-0288 WHA |
| Petitioner, | related case: |
| v. | No. C08-02783 WHA |
| UNITED STATES OF AMERICA, | |
| Respondent. | **ORDER TO SHOW CAUSE** |

Defendant has moved to vacate, set aside or correct his sentence. The motion and files do not "conclusively show" that defendant is not entitled to relief. See 28 U.S.C. 2255. The government is **ORDERED TO SHOW CAUSE** within sixty days why the motion should not be granted, if that is its position, and to file then all portions of the record previously transcribed and relevant to the motion. The Clerk shall **SERVE** this order upon defendant and the United States. If the government opposes the motion, defendant shall have 30 days from submission of the opposition to reply. All parties are reminded that this matter is under seal, so all responses should be filed accordingly.

**IT IS SO ORDERED.**

Dated:  December 16, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE